**WEISER SECURITY SERVICES, INC., NEW ORLEANS, LOUISIANA 70151-1720**

Weiser Security Services Inc     Post Office Box 51720     New Orleans   LA   70151     (504)949-7558

Direct Deposit     0

| Date | Location | | Pay Rate | OT Rate | Pay Type | In | Out | Reg | OT | XMPT |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/20 | Kamtek - | K3 Job | $8.50 | | Regular | 7:00 am | 12:00 pm | 5.00 | | |
| 10/14/20 | Kamtek - | K3 Job | $8.50 | | Regular | 3:00 pm | 12:00 am | 9.00 | | |
| 10/15/20 | Kamtek - | K3 Job | $8.50 | | Regular | 12:00 am | 7:00 am | 7.00 | | |
| 10/15/20 | Kamtek - | K3 Job | $8.50 | | Regular | 7:00 pm | 12:00 am | 5.00 | | |
| 10/16/20 | Kamtek - | K3 Job | $8.50 | | Regular | 12:00 am | 7:00 am | 7.00 | | |
| 10/16/20 | Kamtek - | K3 Job | $8.50 | | Regular | 7:00 pm | 12:00 am | 5.00 | | |
| 10/17/20 | Kamtek - | K3 Job | $8.50 | | Regular | 12:00 am | 7:00 am | 7.00 | | |
| 10/17/20 | Kamtek - | K3 Job | $8.50 | | Regular | 7:00 pm | 12:00 am | 5.00 | | |
| 10/18/20 | Kamtek - | K3 Job | $8.50 | | Regular | 12:00 am | 7:00 am | 7.00 | | |
| 10/18/20 | Kamtek - | K3 Job | $8.50 | | Regular | 7:00 pm | 12:00 am | 5.00 | | |
| 10/19/20 | Kamtek - | K3 Job | $8.50 | $12.750 | Regular | 12:00 am | 7:00 am | 4.00 | 3.00 | |
| 10/19/20 | Kamtek - | K3 Job | $8.50 | $12.750 | Regular | 3:00 pm | 12:00 am | 0.00 | 9.00 | |
| 10/20/20 | Kamtek - | K3 Job | $8.50 | $12.750 | Regular | 12:00 am | 3:00 am | 0.00 | 3.00 | |
| 10/20/20 | Kamtek - | K3 Job | $8.50 | $12.750 | Regular | 3:00 pm | 12:00 am | 0.00 | 9.00 | |
| 10/21/20 | Kamtek - | K3 Job | $8.50 | $12.750 | Regular | 12:00 am | 1:00 am | 0.00 | 1.00 | |
| 10/21/20 | Kamtek - | K3 Job | $8.50 | $12.750 | Regular | 11:00 pm | 12:00 am | 0.00 | 1.00 | |
| 10/22/20 | Kamtek - | K3 Job | $8.50 | $12.750 | Regular | 12:00 am | 7:00 am | 0.00 | 7.00 | |
| 10/22/20 | Kamtek - | K3 Job | $8.50 | $12.750 | Regular | 11:00 pm | 12:00 am | 0.00 | 1.00 | |
| Total | | | | | | | | 66.00 | 34.00 | |

**Earnings**

| Type | Taxable | Non Tax | YTD |
|---|---|---|---|
| Hours/Sal Pd | 994.50 | | 994.50 |
| Total | 994.50 | 0.00 | 994.50 |

**Taxes**

| Type | Taxes | YTD |
|---|---|---|
| Federal W/H | 37.91 | 37.91 |
| Social Security | 61.66 | 61.66 |
| Medicare | 14.42 | 14.42 |
| Alabama W/H | 25.28 | 25.28 |
| Total | 139.27 | 139.27 |

**Pay Type**
Hourly

| | Current | YTD |
|---|---|---|
| Fica Taxable: | $994.50 | $994.50 |
| Federal Taxable: | $994.50 | $994.50 |

| Check Date | Pay Period | Gross Wages | Taxes | Other Deducts | Net Pay |
|---|---|---|---|---|---|
| 11/02/2020 | 10/09/20 thru 10/22/20 | $994.50 | $139.27 | $0.00 | $855.23 |

| Emp # | Employee Name | | Fed Exempts | Status | Check # |
|---|---|---|---|---|---|
| XXXX | TEENECIA TRANNON | | 1 | Married | XXXXXX |

# STATEMENT OF INCOME

This statement is to certify that I, Teenecia Trannon was employed for the last thirty days with Weiser Security Services, Inc., However, I only have the pay advices for 11/02/20. The 6 months Prior to being employed by Weiser Security Services, Inc. I was unemployed.

My gross income for that period with Weiser Security Services, Inc. was approximately $944 bi-weekly and the net income was approximately $855 bi-weekly.

11-16-20
Dated

Teenecia Trannon